UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTIAN ANTHONY RODRIGUEZ, | Case No. 3:20-cv-00203-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| GETTERE, *et al.*, | |
| Respondents. | |

*Pro Se* Petitioner Christian Anthony Rodriguez has submitted a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). However, Petitioner has failed to submit an application to proceed *in forma pauperis*, with the requisite financial certificate and inmate account statements, or pay the filing fee. Accordingly, this matter has not been properly commenced. *See* 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

It is unclear whether a dismissal without prejudice would materially affect a later analysis of timeliness. Accordingly, Petitioner has 30 days from the date of this order to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* on the proper form. Failure to do so may result in the dismissal of this action without prejudice.

It is therefore ordered that within 30 days of the date of this order Petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

///

///

///

///

It is further ordered that failure to do so may result in the dismissal of this action without prejudice.

DATED THIS 4th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE