UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CHRISTIAN ANTHONY RODRIGUEZ, | Case No. 3:20-cv-00203-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GETTERE, *et al.*, | |
| Respondents. | |

In response to this Court's order on June 4, 2020 (ECF No. 6), *pro se* Petitioner Christian Anthony Rodriguez has filed an application to proceed *in forma pauperis* (ECF No. 7). While Petitioner styled his filing as a "Notice of Compliance," he attached the completed application to proceed *in forma pauperis*, and the Court construes it as such. Based on the current information about Petitioner's financial status, including any additional information he may have provided, the Court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

It is therefore ordered that Petitioner's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee (ECF No. 7) is denied. Petitioner has 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of the Court. Failure to do so may result in the dismissal of this action. The Clerk is directed to retain the petition but not file it at this time.

DATED THIS 27th day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE