UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTIAN ANTHONY RODRIGUEZ,

Petitioner,

v.

GETTERE, *et al.*,

Respondents.

Case No. 3:20-cv-00203-MMD-WGC

ORDER

In this 28 U.S.C. § 2254 habeas matter, the Court previously denied *pro se* Petitioner Christian Anthony Rodriguez's application to proceed *in forma pauperis* and directed him to pay the full fee pursuant to 28 U.S.C. § 1915 (ECF No. 9). He submitted a filing that he styled as a letter explaining that he had lost the Court's order and was unsure in which of his pending cases he was supposed to pay the filing fee (*see* ECF No. 9). The Court cautions Rodriguez that a letter is not a proper way to seek action of the Court; in the future any requests for action should be in the form of a motion. However, the Court will give Rodriguez an additional 30 days to pay the filing fee.

It is therefore ordered that Petitioner has 30 days from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to retain the petition but not file it at this time.

DATED THIS 26th day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE